IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER ALLEN                                              PLAINTIFF

v.                           No. 4:18-cv-368-DPM

RIGGS, Officer, Pulaski County
Detention Center; and PULASKI
COUNTY DETENTION CENTER                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Allen's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2018