# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER ALLEN                                                   PLAINTIFF

v.                          No. 4:18-cv-368-DPM

RIGGS, Officer, Pulaski County
Detention Center; and PULASKI
COUNTY DETENTION CENTER                                             DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2018